# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 18, 2007

133541

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                          SC: 133541
                                          COA: 264609
                                          Ingham CC: 05-000137-FC

MENDELL DONNY FRITZ,
      Defendant-Appellant.

_____/

     On order of the Court, the application for leave to appeal the February 13, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 18, 2007

_____
                            Clerk

s0711